# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerome Antonio Haggwood, ) | |
| ) | C/A No: 5:15-cv-03271-RMG-KDW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| John Magill, Director, D.M.H., Holly ) | |
| Scaturo, Director, S.V.P.T.P, ) | |
| Kimberly Poholchuck, Program ) | |
| Coordinator, and Warden Stevenson, ) | |
| ) | |
| Defendants. ) | |

In an effort to allow Plaintiff the opportunity to present some evidence in his Response to Summary Judgment, the court reconsiders its previous order concerning discovery. *See* ECF No. 36. Further, in an effort to expedite review of dispositive motions, the court makes the following ruling. The undersigned has reviewed Plaintiff's Interrogatories, ECF No. 34-1, Requests to Admit, ECF No. 34-2, and Requests for Production, ECF No. 34-3. After reviewing these discovery materials the court instructs Defendant Scaturo to respond to the following interrogatories within 30 days: 2-11, 13, 16, and 19. Additionally, the undersigned instructs Defendant Poholok to respond the following Requests to Admit within 30 days: 3-6, 9, and 15-18. Finally, Defendants Scaturo and Poholok are instructed to respond to the following Requests for Production within 30 days: 2-4, 6, 9-13, and 15. The undersigned finds that certain discovery requests made by Plaintiff were either irrelevant to Plaintiff's causes of action or overly broad. Therefore, Defendants are not required to respond to certain items, only to requests as indicated above. Defendants are instructed to respond to Plaintiff's discovery on or before **May 5, 2016**. Defendants are instructed to notify the court if they serve responses prior to the 30-day deadline imposed. Upon receipt of the discovery responses, Plaintiff will have 30 days to respond to the

2

pending Motions for Summary Judgment. The new deadline for Plaintiff's responses is updated to **June 3, 2016**. Should Defendants serve Plaintiff with responses before the May 5, 2016 deadline, the court will set an earlier deadline for Plaintiff's response time based on Defendants' notification to the court. The parties are advised that time is of the essence given the late timing of the court's allowance for discovery. Therefore, extensions to these deadlines will not be granted except in very limited circumstances.

    **IT IS SO ORDERED.**

April 5, 2016　　　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　　United States Magistrate Judge